IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 99-50743
Conference Calendar

———————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARTIN LORETO VEGA-VEGA

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. DR-98-CR-609-1
--------------------
June 15, 2000

Before JOLLY, DAVIS, and DUHÉ, Circuit Judges.

PER CURIAM:*

The Federal Public Defender appointed to represent Martin Loreto Vega-Vega has moved to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738 (1967). Vega-Vega has filed a response, asserting that before he entered his guilty plea, counsel and the prosecutor informed him that the maximum sentence he would receive was two years and that he was entitled to a reduction in his sentence pursuant to U.S.S.G. § 2L1.2.

Our independent review of the brief and the record discloses no nonfrivolous issue for appeal. The record is not developed sufficiently to reach Vega-Vega's ineffective assistance claim.

---

* Pursuant to 5ᵀᴴ Cɪʀ. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ Cɪʀ. R. 47.5.4.

*United States v. Navejar*, 963 F.2d 732, 735 (5th Cir. 1992).

Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.

MOTION GRANTED; APPEAL DISMISSED.